```
 1  Mark M. Williams, State Bar No. 89848
    LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES
 2  701 North Brand Blvd., Suite 600
    Glendale, California 91203-9877
 3  Telephone (213) 426-3600 • Facsimile (213) 426-3650
    Attorneys for Plaintiff DANIEL BADER, dba
 4  SEA LANDING DIVER CENTER

 5  STEPHANIE S. CHRISTENSEN
    Acting United States Attorney
 6  DAVID M. HARRIS
    Assistant United States Attorney
 7  Chief, Civil Division
    JOANNE S. OSINOFF
 8  Assistant United States Attorney
    Chief, General Civil Section
 9  JASON K. AXE
    Assistant United States Attorney
10  California Bar Number 187101
         Federal Building, Suite 7516
11       300 North Los Angeles Street
         Los Angeles, California 90012
12       Telephone: (213) 894-8790
         Facsimile: (213) 894-7819
13       E-mail: Jason.Axe@usdoj.gov
    Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BADER, d.b.a. SEA LANDING DIVE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,<br><br>Defendants. | Case No. 2:22-cv-00202 PA (MRWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Bader, d.b.a. Sea Landing Diver Center ("Plaintiff") and Defendants United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendants"), by and through their undersigned counsel, stipulate to the dismissal of the entire action with prejudice. Each party will bear its own costs and fees.

Respectfully submitted,

DATED: 08-08-22

LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

By: *M. Will*
MARK M. WILLIAMS
Attorneys for Plaintiff DANIEL BADER, dba SEA LANDING DIVER CENTER

Dated: August 2, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants