UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BADER, d.b.a. SEA LANDING DIVE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 2:22-cv-00202 PA (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    IT IS SO ORDERED that pursuant to the parties' separately filed stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and fees.

Dated: August 09, 2022

                                                   Percy Anderson
                                    UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants